## (June 19, 1969)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH WOJACK, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a

writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], pars. 5, 6) thereof, and as otherwise insufficient on its face. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Cooke, JJ., concur.